IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 4:18-cr-00012 |
| | ) | |
| TANASIA LASHAE COLEMAN | ) | |
| a/k/a "Nasia" | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations contained in Count 1 of the Indictment and the following facts are true and correct, and that had this matter gone to trial, the United States would have proven each of these facts beyond a reasonable doubt.

At all times relevant to the Indictment, TANASIA LASHAE COLEMAN, a/k/a "Nasia," (hereinafter "COLEMAN") was a member of the criminal organization the Millas ("Millas"). Since at least sometime in or about 2016, the Millas have been active in the Western District of Virginia and have engaged in criminal activity, including but not limited to murder and attempted murder, assault resulting in bodily injury, assault with a dangerous weapon, robbery, obstruction of justice, drug distribution and trafficking, and conspiracy to commit those crimes.

The Millas, including its leadership, membership, and associates, constitutes an "enterprise" as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated-in-fact. The enterprise constitutes an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise has engaged in, and its activities have affected, interstate and foreign commerce.

The purposes of the enterprise, of which COLEMAN was an associate and then member for the relevant time period, include promoting and enhancing the enterprise, and enriching its members and associates through, among other things, acts of violence, including murder, trafficking in firearms, and trafficking in controlled substances, and the enforcement of discipline among the members; to providing assistance to members of the enterprise who committed crimes for and on behalf of the enterprise; and to thwarting efforts of law enforcement to apprehend enterprise members.

*Defendant's Initials:* TC

At all relevant times, COLEMAN was an associate and then member of the Millas and was eventually promoted to "Sergeant" and then "1 Star." COLEMAN was involved in murder and attempted murders committed by the enterprise.

From some date in 2016, in the Western District of Virginia and elsewhere, COLEMAN, while associated with the Millas, did knowingly and intentionally conspire and agree with other members or associates of the Millas to conduct and participate in, directly and indirectly, the affairs of the Millas through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Sections 1961(1) and 1961(5), including but not limited to murder and attempted murder, gun trafficking, robberies, obstruction of justice, and conspiracy to distribute controlled substances.

In furtherance of the conspiracy and to achieve its objectives, COLEMAN performed and caused to be performed certain racketeering acts in the Western District of Virginia and elsewhere. The racketeering acts performed by COLEMAN included, but are not limited to:

A.  <u>Attempted Murder of Dwight Harris and Armonti Womack (June 15, 2016)</u>

On or about June 15, 2016, Millas member Tredarius Keene contacted one or more members of the Millas by cellphone. At the time, Keene was located in or near an apartment in the Southwyck Apartments, part of which is located on a street called North Hills Court. The Southwyck Apartment complex is located in Danville, Virginia, which is within the Western District of Virginia.

The Milla member reported that other individuals, Dwight Harris and Armonti Womack, known to the Millas and COLEMAN as the "Philly Boys," were at the apartment complex. Armed with various firearms, the Millas agreed to travel to the apartment complex to shoot and potentially kill Harris and Womack. When the Millas arrived at an area near the apartment complex, they were met by members of a rival street gang, called the Rollin 60s Crips. The Milla members and the Rollin 60s Crips members agreed to a plan to shoot and potentially kill Harris and Womack together. After arming and trying to disguise themselves, the Millas members and the Rollin 60s Crips members walked into the apartment complex and began shooting at Harris and Womack, where they were talking to COLEMAN and at least one other individual. When the shooting ended, some individuals, including COLEMAN and Womack, were injured by the gun fire. No one was killed.

B.  <u>Meeting of the Milla Bloods and the Rollin 60s Crips</u>

On or about August 19, 2016, members of the Milla Bloods and Rollin 60s Crips agreed to and met at the residence of Sticcs' mother on Forestlawn Drive in Danville, Virginia, which is located in the Western District of Virginia. "Sticcs" is the nickname for Marcus Davis, who is a member and the "Big Homie" of the Rollin 60s Crips in Danville. At the meeting, Milla Bloods gang members were present, including the following:

*Defendant's Initials:* TC

Javontay Holland (aka Tay)
Melik Smith (aka Shoota)
Earlquann Williams (aka Edai)
Jermay Smith (aka Little Trill)
DeShawn Anthony (aka Shon Don)
Tredarius Keene (aka Bubba or Bubs)
Wydarius Brandon (aka Gleesh or D)
Demetrius Staten (aka Truck)
Marquise Claiborne (aka Kese)
Jalen Terry (aka Fats)
Jeremy Terry (aka Jay)

Also at the meeting, Rollin 60s Crips gang members were present, including the following:

Stevie Johnson (aka No Good)
Tony King (aka Pulla)
Laquante Adams (aka Spazz or Quante)
Wyshawn Brandon (aka Mr. Man)
Matthew Ferguson (aka MC)
Brian Crutchfield (aka Crutch)
Tyson Bowens (aka Ty Sav or Tay Banks)
Phillip Miles (aka R)
Deshaun Trent (aka Six)
Kanas Trent (aka LA)
Shabba Chandler (aka Trill)
Marcus Davis (aka Sticcs)

At the meeting, Davis and Anthony discussed different topics and issues, including that the two gangs should work together and that the gang members had authority to shoot to kill members of the rival Billys gang.

    C.    <u>Murder of Christopher Motley and Attempted Murder of Justion Wilson (August 20, 2016)</u>

On August 20, 2016, multiple meetings occurred between members of the Rollin 60s Crips and the Millas. At least one of these meetings occurred at the apartment of Ashley Ross, who is an associate or member of the Rollin 60s Crips. Ross's apartment is located in the Southwyck Apartment complex, which is in Danville, Virginia and which is located in the Western District of Virginia. In general, the plan was to lure Wallace (and his second-in-command) to Southwyck Apartments, where various gang members were fanned out around the complex and an adjoining parking lot, armed and prepared to shoot Wallace to death.

*Defendant's Initials:* TC

At approximately 10:20 p.m., on August 20, 2016, a van drove into the apartment complex, which caused multiple gang members to begin shooting from different directions. At least two of these individuals – DeShawn Anthony and Phillip Miles -- were standing in the window of Ross's apartment, which faces the parking lot. Other gang members were located in various locations in front of and adjacent to the apartment buildings and parking lot, and some gang members were located near a trash dumpster in the parking lot in front of Ross's apartment. One of the occupants of the van, Christopher Motley, was killed in the gunfire. The driver of the van, Justion Wilson, was not injured.

After the murder, the shooters fled into apartments in the apartment complex and from the Southwyck Apartments to various locations in and around Danville, Virginia. Various individuals assisted the shooters in fleeing the murder scene as well as in disposing of the weapons.

Each of the acts set forth in paragraphs A, B, and C above furthered the goals and objectives of the enterprise by enriching COLEMAN and its members, and enhancing the status of COLEMAN and others within the organization.

*Defendant's Initials:* TC

The actions taken by COLEMAN as described above were taken willfully, knowingly, and with the specific intent to violate the law. COLEMAN did not take those actions by accident, mistake, or with the belief that they did not violate the law. COLEMAN acknowledges that the purpose of the foregoing statement of facts is to provide an independent factual basis for her guilty plea. It does not necessarily identify all of the persons with whom the defendant might have engaged in illegal activity.

Respectfully submitted,

*signature*

Heather L. Carlton
Ronald M. Huber
Assistant United States Attorneys

After consulting with my attorney and pursuant to the plea agreement entered into this day, I stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

*signature*

Tanasia Lashae Coleman

I am Tanasia Lashae Coleman's attorney. I have carefully reviewed the above Statement of Facts with her. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

*signature*

Carolyn Furrow, Esquire
Counsel for Defendant

*Defendant's Initials:* TC