IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - BOND HEARING

Case No.: 4:18-cr-12　　　　　　　　　　　　　Date: 12/19/2019

**Defendant:** Tanasia Coleman, custody　　　　**Counsel:** Carolyn Furrow, CJA

PRESENT:　JUDGE:　　　　　Robert S. Ballou　　TIME IN COURT: 8 min
　　　　　　Deputy Clerk:　　K. Brown
　　　　　　Court Reporter:　K. Brown/FTR
　　　　　　U. S. Attorney:　Ron Huber
　　　　　　USPO:　　　　　Mike Terry

## BOND HEARING

☒　Bond hearing held.
☒　Government does not oppose bond.
☒　Bond set at Personal Recognizance. Written appearance bond and order setting conditions of release to follow.

In addition to the standard conditions of release, the following special conditions of release are imposed:

☒　The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
☒　The defendant shall report as directed by the probation officer, and shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant; the defendant shall continue to reside at his/her current residence, and shall not change residences without first obtaining permission from the probation officer.
☒　The defendant shall abstain from excessive use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
☒　The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
☒　The defendant shall submit to random drug and or alcohol testing as directed by the probation officer.
☒　The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
☒　The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determining if he/she is in compliance with his/her conditions of pretrial release.
☒　The defendant shall actively seek and/or maintain employment.
☒　The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport.
☒　The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by his/her supervising officer in cooperation with law enforcement officers.
☒　The defendant shall begin counseling/treatment program at his/her own expense.

- ☒ The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements.
- ☒ All adults in home shall submit to warrantless search and seizure of person and property as directed by the probation officer.
- ☒ Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

**Additional Information:**
4:14
Parties present and represented by counsel.
Defendant is going to live with her attorney, Carolyn Furrow. Mrs. Furrow has some feelers out for jobs and has some plans for counseling.
Government has no objection to the plan and only asks for continued supervision by probation.
Court addresses defendant.
Court sets bond. Live at the home of Mrs. Furrow, her attorney. No firearms. No travel outside WDVA. Begin a job search. Begin with counseling and follow any recommendations. Execute waiver for USPO to make sure deft is complying with treatment. No illegal drugs or substances. Drug screening at USPO discretion. No excessive alcohol. No contact with codefts or any known witnesses. Cooperate with USPO. Report contact with LEO's. No passport.
Defendant released on bond.
Adjourned.
4:22