IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Danville__ DIVISION

UNITED STATES OF AMERICA, )
)
) Criminal Case No.
)
v. ) 4:18cr0012
)
Tanasia Coleman )
_____, )
)
Defendant(s). )

## WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING

**Check Proceeding that Applies**

☐   Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Western District of Virginia to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Western District of Virginia to advise the court that:

1) I have received and reviewed a copy of the indictment.
2) I do not need the judge to read the indictment aloud to me.
3) I plead not guilty to the charges against me in the indictment.

Date: 8/4/20

_____
Signature of Defendant
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Tanasia Coleman
Print Name

☐ Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Western District of Virginia, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: 8/4/20

_____
Signature of Defendant
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Print Name: Tanasia Culeman

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date: 8/4/20

_____
Signature of Defense Counsel

Carolyn Furrow
Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date: _____    _____
                                                          Signature of Defense Counsel

Accepted: /s/ Mike Urbanski
(Digitally signed by Mike Urbanski, cn=Mike Urbanski, o=US Courts, ou=Western District of Virginia, email=mikeu@vawd.uscourts.gov, c=US, 2020.08.05 13:11:29 -04'00')
Signature of Judge

Date: August 5, 2020