# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Danville DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| | ) Criminal Case No. |
| | ) |
| v. | ) $:18cr0012 |
| | ) |
| Tanasia Coleman | ) |
| | ) |
| Defendant(s). | ) |

## CONSENT TO PROCEED BY VIDEO CONFERENCE

Defendant **Tanasia Coleman** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [ ] Initial Appearance/Appointment of Counsel
- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [ ] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence
- [ ] Felony Guilty Plea
- [X] Felony Sentencing

_____  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____  
Defense Counsel's Signature

Tanasia Coleman  
Print Defendant's Name

Carolyn Furrow  
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

August 5, 2020  
Date

_____  
U.S. District Judge/U.S. Magistrate Judge

Mike Urbanski  
cn=Mike Urbanski, o=US Courts, ou=Western District of Virginia, email=mikeu@vawd.uscourts.gov, c=US  
2020.08.05 13:10:13 -04'00'